Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the PHOENIX District of AZ

~~Diversity~~ Division

FILED ✓
MAY 20 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**Gene Edward Scott II, United States' Gov't,**
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**Arkansas and, etc.**
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. **CV22-00873-PHX-DJH**
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE **LRCvP 5.4**
(Rule Number/Section)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Gene Edward Scott II
- Address: 4001 West Camelback Rd #B28
- City: Phoenix   State: AZ   Zip Code: 85019-2872
- County: Maricopa
- Telephone Number: (480) 203-6728
- E-Mail Address: genscott1967@yahoo.com

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
- Name: Director Doris Washington
- Job or Title: Director of USDA
- Address: 700 West Capitol Rm #3416
- City: Little Rock   State: AR   Zip Code: 72201-3225
- County:
- Telephone Number: (855)-747-7794
- E-Mail Address (if known):

[ ] Individual capacity   [✓] Official capacity

Defendant No. 2
- Name: Karen K. Hutchins
- Job or Title: Executive Director
- Address: 2227 Cottondale Ln
- City: Little Rock   State: AR   Zip Code: 72202
- County: Pulaski County
- Telephone Number: (501) 375-4606
- E-Mail Address (if known): Fax#: (501) 421-0732

[ ] Individual capacity   [✓] Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: **Universe & NASA except Plaintiff's**
Job or Title (if known): **Never Neglect**
Address: **300 Hidden Figures Way SW**
City: **Washington**  State: **D.C.**  Zip Code: **Washington**
County:
Telephone Number: **(202) 358-0001**
E-Mail Address (if known): **nasa.gov**

[ ] Individual capacity  [✓] Official capacity,

Defendant No. 4
Name: **Every Light Year except Plaintiff's**
Job or Title (if known): **Comfort**
Address: **300 Hidden Figures Way SW**
City: **Washington**  State: **DC**  Zip Code: **Washington**
County:
Telephone Number: **(202) 358-0001**
E-Mail Address (if known): **nasa.gov**

[ ] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

**VIII Amendment of The United States Constitution. Civil Rights Act of 1964 As Amended. Diversity of Citizenship.**

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**The same as the 2 (B.) that is above h-e-r-e, (!).**

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendants neglectfully condones too little Negroes' (land ownerships (specifically) (farming) (including farming equipments...) (activities... in Cotton Gins zip and Soybeans farming processes... in code: 72069 and Monroe County Arkansas' Non Attorney law firm ownerships Arkansas and illegal ADot road closures.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? State of Arkansas' Holly Grove Zip Code: 72069 Soybeans Tower and two Cotton Gins... in Holly Grove, Arkansas Zip Code: 72069 and ABA and Monroe County.

B. What date and approximate time did the events giving rise to your claim(s) occur? 1968 year on now and ongoing.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The space sattelites allow neglect crimes. Soybeans Industry are antiChristian/antigene-F. and antiGod. Closures and Cotton Gins Closures. They No Law Firm Non Attorney law Firm Onerships. Illegal roads closures at Redmon Cemetary area and Green Lake area in Arkansas State. Caucasian farmers. Witnesses (plaintiff, Al Bones Senior, Kevin Wayne Scott, Luella Davis and Roslyn Laverne Scott, etc).

Page 4 of 6

IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Extremely severe unemployments... in Zip Code: 72069's area. Require Future Farmers of America School Classes ... Zip 72069 for High School graduation requirements with free School Bus to the FFA Classes requiring "School-Rock Videos" play..., Presentations and Students' presentations on for Grades and Music School in Zip Code: 72069 with new building

V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff's Casino in 72069 Instate Resolution 115 Plaintiff's Hospital in 72069, in Arkansas and Award tax free funding (for) (payee status) (awarding) (to) ($67 Zillion) (to) (Gene Edward Scott I) (SS#: 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) (sane) (legal) (always) (forever) accompanying SS#: 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 legally owning Monroe County forever for Social Sanity forever Legally Persuade awarding (Every Light Year)

( payee status ) ( tax free ) ( 100% Profitable ) ( Gene Edward Scott II's ) ( Social Security's #: 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's ) ( legal ownership ) ( forever and for ever and forever ) ( legally ) ( sane ) ( and ) ( forever ongoing forever ),,,

Amen.

We thank y'all.

Dated: 5/18/2022.

"Gene Edward Scott II, etc"
"a.k.a" "Honorable Bishop"
/ Pro Se /                petitioner/plaintiff.
— 5.1 of 6 —

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/16/2022

Signature of Plaintiff: *Gene Edward Scott II*

Printed Name of Plaintiff: Gene Edward Scott II

### B. For Attorneys

Date of signing: _____

Signature of Attorney: X _____
Printed Name of Attorney: X _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
   City ___  State ___  Zip Code ___
Telephone Number: _____
E-mail Address: _____